UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**KEION MALIK BONNER**          **CASE NO. 6:19-CV-01302**

**VERSUS**                      **JUDGE SUMMERHAYS**

**NOLVEY STELLY ET AL**         **MAGISTRATE JUDGE HANNA**

**JUDGMENT**

United States Magistrate Judge Patrick J. Hanna issued a Report and Recommendation recommending that this case be dismissed without prejudice pursuant to F.R.C.P. Rule 41(b), based on Plaintiff's failure to comply with several court orders. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the Report and Recommendation, this case is hereby DISMISSED WITHOUT PREJUDICE.

Signed at Lafayette, Louisiana, this 19th day of August, 2020.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE